[No. 11167-5-II. Division Two. April 12, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. CASILDO C. AVALOS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 87-1-00216-8, Alan R. Hallowell, J., entered June 25, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed and Worswick, JJ.

[No. 11931-5-II. Division Two. April 12, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DALE ROUSSEL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 88-1-00053-8, Alan R. Hallowell, J., entered March 3, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Reed, J.

[No. 11692-8-II. Division Two. April 12, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY P. GANGI, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 86-1-00080-1, James B. Sawyer II, J., entered January 11, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Reed, J.